# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 78349

FILED

APR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Review of the district court docket entries does not indicate that a postconviction petition for a writ of habeas corpus was filed in district court case no. 99C159515, the case number designated in the notice of appeal. To the extent that appellant's appeal is in regard to the order denying a motion for leave to file a postconviction habeas petition, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Michael Villani, District Judge
Steven Samuel Braunstein
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk